EMSIG MANUFACTURING COMPANY,
Plaintiff-Appellant,

v.

MERIT PLASTICS, Brofman Machinery
Corp., and Jules Friedman, Defend-
ants-Appellees.

No. 437, Docket 30962.

United States Court of Appeals
Second Circuit.

Argued May 2, 1967.

Decided May 31, 1967.

Robert D. Spille, New York City
(Mark T. Basseches, John A. Mitchell
and Curtis, Morris & Safford, New
York City, on the brief), for appellant.

John T. Kelton, New York City
(James J. Daley and Watson, Leaven-
worth, Kelton & Taggart, New York
City and Jerome Bauer, Mineola, N. Y.,
on the brief), for appellees.

Before WATERMAN, FRIENDLY
and HAYS, Circuit Judges.

PER CURIAM:

The judgment is affirmed for sub-
stantially the reasons stated in Judge
Dooling's opinion, D.C., 270 F.Supp.
841.